*Schlappendorf* v. *American Railway Traffic Co.*, 156 App. Div.
369, affirmed.
  (Submitted March 19, 1915; decided April 13, 1915.)

APPEAL, by permission, from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered May 2, 1913, affirming a
judgment in favor of plaintiff entered upon a verdict in
an action to recover for personal injuries alleged to have
been sustained by plaintiff through the negligence of
defendant, his employer, in failing to properly inspect a
certain cable and in continuing the use of a crane sup-
ported thereby without warning plaintiff, after it had
received notice that the fastening of said cable was loose.

*James J. Mahoney* and *M. J. Wright* for appellant.

*Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs; no opinion.
  Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDE-
BACK, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

SEELYE BENEDICT et al., Respondents, *v.* SECURITY INSUR-
ANCE COMPANY, Appellant.

*Benedict* v. *Security Insurance Co.*, 154 App. Div. 938, affirmed.
  (Argued March 19, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 18, 1913, affirming a judgment in favor
of plaintiffs entered upon a verdict directed by the court
in an action to recover on a policy of fire insurance, the
question at issue being as to which of two policies was in

force at the time of the fire, and as to which of two companies should pay the loss.

*Frederick J. Moses* for appellant.

*George A. Strong* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDEBACK, HOGAN, MILLER, CARDOZO and SEABURY, JJ.